IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREYSTAR REAL ESTATE PARTNERS, LLC

Plaintiff,

v.

DAVID M. CONSTANT

Defendant.

CIVIL ACTION

No. 1:25-cv-13857-DJC

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Greystar Real Estate Partners, LLC, hereby voluntarily dismisses this action and its claims against David M. Constant with prejudice.

Greystar Real Estate Partners, LLC
By Its Attorneys,

s/Kyle B. Rice

Kyle B. Rice (admitted *pro hac vice*)
Stephanie M. Chesney
BBO# 672790
Cozen O'Connor
200 State Street, Suite 1105
Boston, Massachusetts 02109
(617) 849-5010
krice@cozen.com
schesney@cozen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREYSTAR REAL ESTATE PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. CONSTANT<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>No. 1:25-cv-13857-DJC |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of May 2026, I electronically filed the foregoing document through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing.

s/Kyle B. Rice